UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

Southern Division

| | | | |
|---|---|---|---|
| IN RE: | Anthony E Cooley | Case No. | 08-14718 |
| and: | Kristi R Cooley | Judge | Cook/Stinnett |
| | | Chapter | 7 |

Richard L. Banks, #000617
Attorney for Debtors
Richard Banks & Associates, P.C.
P.O. Box 1515
Cleveland, TN 37364-1515

Phone:  (423)479-4188

DISCLOSURE OF COMPENSATION UNDER 11 USC  329
AND BANKRUPTCY RULE 2016 (b)

I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in or in connection with a case under title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

**$1,000.00** paid, and      **$0.00**      to be paid, and that the source of the compensation paid is:

**Debtor**

And the source of the compensation agreed to be paid is:

**Debtor**

I have not agreed to share this compensation with any person other than members or regular associates of my law firm.

September 12, 2008                                  /s/ Richard L. Banks, #000617

                                                                Richard L. Banks, #000617
                                                                Attorney for Debtor